**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: COLEMAN, JASON D. | § Case No. 10-16117 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on  / /  in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  07/31/2011          By:  JOSEPH R. VOILAND
                                                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: COLEMAN, JASON D. § Case No. 10-16117
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.21 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,000.21 |
| **Balance on hand:** | $ 5,000.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,000.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,250.02 | 0.00 | 1,250.02 |
| Trustee, Expenses - JOSEPH R. VOILAND | 187.03 | 0.00 | 187.03 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 1,327.50 | 0.00 | 1,327.50 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 16.62 | 0.00 | 16.62 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,781.17 |
| Remaining balance: | $ 2,219.04 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,219.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,219.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,469,255.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 880.62 | 0.00 | 1.34 |
| 2 | Associated Bank | 84,383.14 | 0.00 | 127.45 |
| 3 | Earthmover Credit Union | 54,713.91 | 0.00 | 82.64 |
| 4 | Citizens Bank | 130,278.37 | 0.00 | 196.76 |
| 5 | Citizens Bank | 33,638.72 | 0.00 | 50.80 |
| 6 | American Express Centurion Bank | 5,705.70 | 0.00 | 8.62 |
| 7 | Capital Recovery III LLC | 3,462.24 | 0.00 | 5.23 |
| 8 | Capital Recovery III LLC | 3,969.10 | 0.00 | 5.99 |
| 9 | Fifth Third Bank | 1,152,223.67 | 0.00 | 1,740.21 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 2,219.04 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-16117-MB
Jason D. Coleman Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cturner     Page 1 of 1     Date Rcvd: Aug 31, 2011
                        Form ID: pdf006     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2011.

```
db         +Jason D. Coleman,    933 Elm St.,    Saint Charles, IL 60174-4124
aty        +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty        +Roy Safanda, Esq,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
15404102   +American Express,    POB 981537,    El Paso, TX 79998-1537
16932198    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15404103   +Associated Bank,    1305 Main St.,    Stevens Point, WI 54481-2898
15404104    Capital One,    POB 6492,    Carol Stream, IL 60197-6492
16800592    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
15404105   +CitiMortgage,    POB 183040,    Columbus, OH 43218-3040
15404106   +Citizens Bank,    328 S. Saginaw St.,    Flint, MI 48502-1940
16881875   +Citizens Bank,    101 N Washington,    Saginaw, MI 48607-1207
16860480   +Earthmover Credit Union,    Truemper & Titiner,    1700 N Farnsworth Ave,    Aurora, IL 60505-1523,
             Attn: Steven Titiner
16019500   +Earthmovers Credit Union,    c/o Peter Metrou,    Metrou & Assoc PC,    123 W Washington St Ste 216,
             Oswego, IL 60543-8298
15404110   +Fifth Third Bank,    Polsinelli Shughart PC,    Attn: Peter J Schmidt,    161 N Clark St., Ste 4200,
             Chicago, IL 60601-3316
15404113   +HSBC (Menards),    90 Christina Rd.,    Wilmington, DE 19801
15404114    Polsinelli Shughart,    161 N. Clark St., Ste. 4200,    Chicago, IL 60601-3316
15404116   +SST Columbus Bank,    4315 Pickett,    Saint Joseph, MO 64503-1600
15404115   +Simon, Galasso & Frantz,    111 E. Wacker Dr., Ste. 2606,    Chicago, IL 60601-4211
15404117   +Truemper & Titiner,    1700 N. Farnsworth Ave.,    Aurora, IL 60505-1523
15404118   +Williams McCarthy,    120 W. State St.,    POB 219,    Rockford, IL 61105-0219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17075469    E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2011 02:11:44     Capital Recovery III LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15404107   +E-mail/Text: bankruptcy@commercebank.com Sep 01 2011 01:20:42     Commerce Bank,    POB 248,
             Kansas City, MO 64141-6248
15404108   +E-mail/Text: collections@earthmovercu.com Sep 01 2011 01:20:38     Earthmover Credit Union,
             POB 2937,    Aurora, IL 60507-2937
15404111   +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2011 02:11:44     GE Money Bank,    POB 530912,
             Atlanta, GA 30353-0912
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15404109   ##+Emily, Inc.,    630 East U,.S. Route 6,    Morris, IL 60450-8898
15404112   ##+HSBC (Best Buy),    POB 15521,    Wilmington, DE 19850-5521
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2011**          **Signature:** _/s/ Joseph Speetjens_