UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: COLEMAN, JASON D. | § Case No. 10-16117 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $124,500.00<br>*(without deducting any secured claims)* | Assets Exempt: $4,500.00 |
| Total Distribution to Claimants: $1,469.14 | Claims Discharged<br>Without Payment: $1,467,786.33 |
| Total Expenses of Administration: $3,531.17 | |

3) Total gross receipts of $ 5,000.31  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $5,000.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,437.05 | 3,531.17 | 3,531.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 1,469,255.47 | 1,469,255.47 | 1,469.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,470,692.52 | $1,472,786.64 | $5,000.31 |

4) This case was originally filed under Chapter 7 on April 12, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/26/2011          By: /s/JOSEPH R. VOILAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| fraudulent transfer claim - Deborah Gregory | 1241-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.31 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,250.02 | 1,250.02 | 1,250.02 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 187.03 | 187.03 | 187.03 |
| Clerk of the Bankruptcy Court, ND, IL | 2700-000 | N/A | 0.00 | 750.00 | 750.00 |
| Joseph R. Voiland | 3110-000 | N/A | 0.00 | 1,327.50 | 1,327.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 16.62 | 16.62 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,437.05 | 3,531.17 | 3,531.17 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 880.62 | 880.62 | 0.88 |
| 2 | Associated Bank | 7100-000 | N/A | 84,383.14 | 84,383.14 | 84.38 |
| 3 | Earthmover Credit Union | 7100-000 | N/A | 54,713.91 | 54,713.91 | 54.71 |
| 4 | Citizens Bank | 7100-000 | N/A | 130,278.37 | 130,278.37 | 130.27 |
| 5 | Citizens Bank | 7100-000 | N/A | 33,638.72 | 33,638.72 | 33.64 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 5,705.70 | 5,705.70 | 5.71 |
| 7 | Capital Recovery III LLC | 7100-000 | N/A | 3,462.24 | 3,462.24 | 3.46 |
| 8 | Capital Recovery III LLC | 7100-000 | N/A | 3,969.10 | 3,969.10 | 3.97 |
| 9 | Fifth Third Bank | 7100-000 | N/A | 1,152,223.67 | 1,152,223.67 | 1,152.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 1,469,255.47 | 1,469,255.47 | 1,469.14 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-16117  
Case Name: COLEMAN, JASON D.  
Period Ending: 12/26/11

Trustee: (330380) JOSEPH R. VOILAND  
Filed (f) or Converted (c): 04/12/10 (f)  
§341(a) Meeting Date: 06/07/10  
Claims Bar Date: 04/27/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate - 568 S. Elizabeth St., Maple Pa | 120,000.00 | 10,500.00 | DA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking acct. - Old 2nd NB, St. Charles, IL | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | household goods | 750.00 | 0.00 | DA | 0.00 | FA |
| 5 | wearing apparel | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Insurance | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 7 | fraudulent transfer claim- Brandy Coleman (u) | Unknown | 28,000.00 | DA | 0.00 | FA |
| 8 | fraudulent transfer claim - Deborah Gregory (u) | Unknown | 8,694.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.31 | Unknown |
| 9 | Assets   Totals (Excluding unknown values) | $124,500.00 | $47,194.00 | | $5,000.31 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   October 15, 2011        Current Projected Date Of Final Report (TFR):   October 15, 2011

Printed: 12/26/2011 10:05 AM   V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 10-16117  
Case Name: COLEMAN, JASON D.  
Taxpayer ID #: **-***5224  
Period Ending: 12/26/11

Trustee: JOSEPH R. VOILAND (330380)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******16-65 - Money Market Account  
Blanket Bond: $50,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/11 | {8} | Daniel D. Coleman | settlement proceeds re: Gregory ap | 1241-000 | 5,000.00 | | 5,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,000.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.09 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.13 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.17 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.21 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.25 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.29 |
| 10/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,000.31 |
| 10/19/11 | | To Account #9200******1666 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 5,000.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,000.31 | 5,000.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.31 | |
| | | | Subtotal | | 5,000.31 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.31 | $0.00 | |

{} Asset reference(s)

Printed: 12/26/2011 10:05 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 10-16117
Case Name: COLEMAN, JASON D.

Taxpayer ID #: **-***5224
Period Ending: 12/26/11

Trustee: JOSEPH R. VOILAND (330380)
Bank Name: The Bank of New York Mellon
Account: 9200-******16-66 - Checking Account
Blanket Bond: $50,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/11 | | From Account #9200******1665 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 5,000.31 | | 5,000.31 |
| 10/19/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,250.02, Trustee Compensation; Reference: Voided on 10/19/11 | 2100-000 | | ! 1,250.02 | 3,750.29 |
| 10/19/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,250.02, Trustee Compensation; Reference: Voided: check issued on 10/19/11 | 2100-000 | | ! -1,250.02 | 5,000.31 |
| 10/19/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $187.03, Trustee Expenses; Reference: Voided on 10/19/11 | 2200-000 | | ! 187.03 | 4,813.28 |
| 10/19/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $187.03, Trustee Expenses; Reference: Voided: check issued on 10/19/11 | 2200-000 | | ! -187.03 | 5,000.31 |
| 10/19/11 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $1,327.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 10/19/11 | 3110-000 | | ! 1,327.50 | 3,672.81 |
| 10/19/11 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $1,327.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 10/19/11 | 3110-000 | | ! -1,327.50 | 5,000.31 |
| 10/19/11 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $16.62, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 10/19/11 | 3120-000 | | ! 16.62 | 4,983.69 |
| 10/19/11 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $16.62, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 10/19/11 | 3120-000 | | ! -16.62 | 5,000.31 |
| 10/19/11 | 105 | Associated Bank | Dividend paid 0.15% on $84,383.14; Claim# 2; Final distribution Voided on 10/19/11 | 7100-000 | | ! 127.45 | 4,872.86 |
| 10/19/11 | 105 | Associated Bank | Dividend paid 0.15% on $84,383.14; Claim# 2; Final distribution Voided: check issued on 10/19/11 | 7100-000 | | ! -127.45 | 5,000.31 |
| 10/19/11 | 106 | Earthmover Credit Union | Dividend paid 0.15% on $54,713.91; Claim# 3; Final distribution Voided on 10/19/11 | 7100-000 | | ! 82.64 | 4,917.67 |
| 10/19/11 | 106 | Earthmover Credit Union | Dividend paid 0.15% on $54,713.91; Claim# 3; Final distribution Voided: check issued on 10/19/11 | 7100-000 | | ! -82.64 | 5,000.31 |
| 10/19/11 | 107 | Citizens Bank | Dividend paid 0.15% on $130,278.37; Claim# | 7100-000 | | ! 196.77 | 4,803.54 |

Subtotals: $5,000.31   $196.77

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 12/26/2011 10:05 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 10-16117
Case Name: COLEMAN, JASON D.

Taxpayer ID #: **-***5224
Period Ending: 12/26/11

Trustee: JOSEPH R. VOILAND (330380)
Bank Name: The Bank of New York Mellon
Account: 9200-******16-66 - Checking Account
Blanket Bond: $50,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4; Final distribution<br>Voided on 10/19/11 | | | | |
| 10/19/11 | 107 | Citizens Bank | Dividend paid  0.15% on $130,278.37; Claim# 4; Final distribution<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -196.77 | 5,000.31 |
| 10/19/11 | 108 | Citizens Bank | Dividend paid  0.15% on $33,638.72; Claim# 5; Final distribution<br>Voided on 10/19/11 | 7100-000 | | ! 50.81 | 4,949.50 |
| 10/19/11 | 108 | Citizens Bank | Dividend paid  0.15% on $33,638.72; Claim# 5; Final distribution<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -50.81 | 5,000.31 |
| 10/19/11 | 109 | American Express Centurion Bank | Dividend paid  0.15% on $5,705.70; Claim# 6; Final distribution<br>Voided on 10/19/11 | 7100-000 | | ! 8.62 | 4,991.69 |
| 10/19/11 | 109 | American Express Centurion Bank | Dividend paid  0.15% on $5,705.70; Claim# 6; Final distribution<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -8.62 | 5,000.31 |
| 10/19/11 | 110 | Capital Recovery III LLC | Dividend paid  0.15% on $3,462.24; Claim# 7; Final distribution<br>Voided on 10/19/11 | 7100-000 | | ! 5.23 | 4,995.08 |
| 10/19/11 | 110 | Capital Recovery III LLC | Dividend paid  0.15% on $3,462.24; Claim# 7; Final distribution<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -5.23 | 5,000.31 |
| 10/19/11 | 111 | Capital Recovery III LLC | Dividend paid  0.15% on $3,969.10; Claim# 8; Final distribution<br>Voided on 10/19/11 | 7100-000 | | ! 5.99 | 4,994.32 |
| 10/19/11 | 111 | Capital Recovery III LLC | Dividend paid  0.15% on $3,969.10; Claim# 8; Final distribution<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -5.99 | 5,000.31 |
| 10/19/11 | 112 | Fifth Third Bank | Dividend paid  0.15% on $1,152,223.67; Claim# 9; Final distribution<br>Voided on 10/19/11 | 7100-000 | | ! 1,740.30 | 3,260.01 |
| 10/19/11 | 112 | Fifth Third Bank | Dividend paid  0.15% on $1,152,223.67; Claim# 9; Final distribution<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -1,740.30 | 5,000.31 |
| 10/19/11 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 10/19/11 | 7100-000 | | ! 1.33 | 4,998.98 |
| 10/19/11 | 113 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 10/19/11 | 7100-000 | | ! -1.33 | 5,000.31 |

Subtotals:    $0.00    $-196.77

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 12/26/2011 10:05 AM    V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-16117 | | Trustee: | JOSEPH R. VOILAND (330380) |
| Case Name: | COLEMAN, JASON D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***5224 | | Blanket Bond: | $50,000,000.00 (per case limit) |
| Period Ending: | 12/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/11 | 114 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,250.02, Trustee Compensation; Reference: | 2100-000 | | 1,250.02 | 3,750.29 |
| 10/19/11 | 115 | JOSEPH R. VOILAND | Dividend paid 100.00% on $187.03, Trustee Expenses; Reference: | 2200-000 | | 187.03 | 3,563.26 |
| 10/19/11 | 116 | Joseph R. Voiland | Dividend paid 100.00% on $1,327.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,327.50 | 2,235.76 |
| 10/19/11 | 117 | Joseph R. Voiland | Dividend paid 100.00% on $16.62, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 16.62 | 2,219.14 |
| 10/19/11 | 118 | Clerk of the Bankruptcy Court, ND, IL | Dividend paid 100.00% on $750.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 750.00 | 1,469.14 |
| 10/19/11 | 119 | Associated Bank | Dividend paid 0.09% on $84,383.14; Claim# 2; Final distribution | 7100-000 | | 84.38 | 1,384.76 |
| 10/19/11 | 120 | Earthmover Credit Union | Dividend paid 0.09% on $54,713.91; Claim# 3; Final distribution | 7100-000 | | 54.71 | 1,330.05 |
| 10/19/11 | 121 | Citizens Bank | Dividend paid 0.09% on $130,278.37; Claim# 4; Final distribution | 7100-000 | | 130.27 | 1,199.78 |
| 10/19/11 | 122 | Citizens Bank | Dividend paid 0.09% on $33,638.72; Claim# 5; Final distribution | 7100-000 | | 33.64 | 1,166.14 |
| 10/19/11 | 123 | American Express Centurion Bank | Dividend paid 0.09% on $5,705.70; Claim# 6; Final distribution | 7100-000 | | 5.71 | 1,160.43 |
| 10/19/11 | 124 | Fifth Third Bank | Dividend paid 0.09% on $1,152,223.67; Claim# 9; Final distribution | 7100-000 | | 1,152.12 | 8.31 |
| 10/19/11 | 125 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 8.31 | 0.00 |
| | | | Dividend paid 0.09% on $880.62; Claim# 1; Filed: $880.62 | 7100-000 | 0.88 | | 0.00 |
| | | | Dividend paid 0.09% on $3,462.24; Claim# 7; Filed: $3,462.24 | 7100-000 | 3.46 | | 0.00 |
| | | | Dividend paid 0.09% on $3,969.10; Claim# 8; Filed: $3,969.10 | 7100-000 | 3.97 | | 0.00 |

|  | ACCOUNT TOTALS | 5,000.31 | 5,000.31 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 5,000.31 | 0.00 | |
|  | Subtotal | 0.00 | 5,000.31 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $5,000.31 | |

{} Asset reference(s)  Printed: 12/26/2011 10:05 AM  V.12.54

Case 10-16117   Doc 71   Filed 01/31/12   Entered 01/31/12 11:24:35   Desc Main
Document      Page 10 of 10

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 10-16117 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | COLEMAN, JASON D. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***5224 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 12/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******16-65 | 5,000.31 | 0.00 | 0.00 |
| Checking # 9200-******16-66 | 0.00 | 5,000.31 | 0.00 |
| | $5,000.31 | $5,000.31 | $0.00 |

{} Asset reference(s)

Printed: 12/26/2011 10:05 AM   V.12.54